606 A.2d 1168

RAYMOND SHOEMAKER, INC.,

v.

WORKMEN'S COMPENSATION APPEAL
BOARD (WATMUFF).

Appeal of Robert WATMUFF.

Samuel SINGLETON, Appellant,

v.

WORKMEN'S COMPENSATION APPEAL BOARD
(TEMPLE UNIVERSITY and Insurance
Company of North America).

Supreme Court of Pennsylvania.

Argued April 9, 1992.

Decided May 14, 1992.

Reargument Denied July 31, 1992.

George J. Badey, III, for appellant.

Martin K. Brigham, for amicus—Philadelphia Area Project on Occupational Safety and Health and Pennsylvania AFL–CIO.

John P. Knox, Stephen J. Fireoved, Norman R. High, Secretary/W.C.A.B., for appellee in No. 90.

Michael I. Levin, for amicus—Pennsylvania School Boards Ass'n Ins. Trust.

Thomas R. Bond, Niki T. Ingram, Maureen Cleary, for amicus—Pennsylvania Defense Institute, American Ins.

Ass'n, Pennsylvania Chamber of Business and Industry and Pennsylvania Self–Insured Ass'n.

William C. McGovern, Norman R. High, Secretary/W.C.A.B., for appellee in No. 100.

Denise E.D. Krass, for Liberty Mut. Ins. Co.

Before FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Orders affirmed.

NIX, C.J., and LARSEN, J., did not participate in the consideration or decision of this case.